UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAHAMOUD OMAR JAMA, et al.,<br><br>    Defendants. | CASE NO. CR06-255JLR<br><br>ORDER |

This matter comes before the court upon Defendant Abdigafar Hassan's motion, on behalf of all Defendants in this matter, to require the government to provide exhibit and witness lists prior to trial (Dkt. # 204). For the reasons stated below, the court GRANTS the motion. The parties shall exchange exhibit and witness lists on or before Tuesday, March 27, 2007.

Trial in this matter is scheduled to begin on April 9 or 10, 2007. The court has already set a deadline of March 16, 2007 for the government to provide Defendants with transcripts of wiretap recordings to be introduced at trial (Dkt. # 203). Defendants now request that the government provide witness and exhibit lists by March 16, 2007. The government contends that the local rule provides an appropriate deadline for the exchange of witness and exhibit lists, which is seven days prior to trial. See Local Rules W.D. Wash. CrR 16(g).

ORDER – 1

This matter involves 18 defendants who are charged with conspiracy to import and distribute Cathinone in the form of khat. The government claims that there are well over 100 shipments of khat and hours of tapes and video surveillance involved in the alleged conspiracy. Under the court's authority to establish pretrial deadlines, the court finds that a modest adjustment in the pretrial schedule is appropriate in a case of this magnitude. The parties shall therefore exchange exhibit and witness lists on or before March 27, 2007. The lists shall include all exhibits and witnesses that a party intends to introduce or call in its case-in-chief.

Dated this 1st day of March, 2007.

JAMES L. ROBART
United States District Judge

ORDER – 2