1

2

3                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
4                            AT SEATTLE

5

_____
6                                           )
                                            )
7    **UNITED STATES OF AMERICA**           )      NO.  **CR06-255 JLR**
                                            )
8                                           )
         vs.                                )      MINUTE ORDER
9                                           )
     **ABDIGAFAR HASSAN**                   )
10                                          )
                                            )
11   _____)

12

        The following Minute Order is made by direction of the
13      Court, the Honorable James L. Robart, U.S. District
        Judge:
14
        This matter comes before the court upon defendants'
15      motion to compel discovery of shipping records (Dkt
        225). The motion seeks relief regarding two groups of
16      documents.

17      The Government represents that it has produced all
        documents in the first group by the deadline requested
18      in defendants' proposed order. As such, this portion of
        the motion is DENIED as moot.
19
        The second group of documents is referred to as DEA
20      Exhibit N-14. The Government represents it has located
        the exhibit and is producing it. As such, this portion
21      of the motion is also DENIED as moot.

22      The court has given Defendants leave to file a motion
        for further relief, including exclusion of DEA Exhibit
23      N-14 at trial, if they feel they can establish
        prejudice.
24
        Nothing in the court's ruling should be taken as
25      endorsing the Government's performance of its discovery
        obligations.
26

27

28

1

2

3      Filed and entered this 9th day of March, 2007.

4
                              BRUCE RIFKIN, Clerk
5
                                 \s\ C. Condon
6                        By _____
                              Casey Condon
7                             Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28